Vernon BLACKBURN, Movant,

v.

COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.

Nov. 20, 1953.

Joseph D. Harkins, Jr., Prestonsburg, for movant.

J. D. Buckman, Atty. Gen., Squire N. Williams, Jr., Asst. Atty. Gen., opposed.

PER CURIAM.

Motion for an appeal from a judgment of the Floyd Circuit Court convicting movant on a charge of assault and battery with punishment fixed at a fine of $1,000 and six months in jail.

Appeal denied. Judgment affirmed.